Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Matthew B. George (State Bar No. 239322)
mbg@girardgibbs.com
Caitlyn D. Finley (State Bar No. 286242)
cdf@girardgibbs.com
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Counsel for Plaintiff Christina Halpain*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA HALPAIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADOBE SYSTEMS, INC.,<br><br>Defendant. | Case No. 5:13-cv-05226-LHK<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br>(Civil Local Rule 3-12, 7-22, 7-12)<br><br>The Honorable Lucy H. Koh |
| This document also relates to:<br><br>JOSEPH KAR, Individually And on Behalf of All Others Similarly Situated,,<br><br>Plaintiff,<br><br>vs.<br><br>ADOBE SYSTEMS, INC., a Delaware Corporation; and DOES 1 through 100, Inclusive,<br><br>Defendants.<br><br>CAPTION CONTINUED ON THE NEXT PAGE | Case No. 5:13-CV-05596-PSG<br><br>The Honorable Paul Singh Grewal |

| This document also relates to: | Case No. 5:13-cv-05611-HRL |
|---|---|
| ALAN HEIMLICH, ANNE MCGLYNN, on behalf of themselves and all others similarly situated, | The Honorable Howard R. Lloyd |
| Plaintiffs, | |
| vs. | |
| ADOBE SYSTEMS, INC., | |
| Defendant. | |

1  This matter comes before the Court on Plaintiff Christina Halpain's Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Local Civil Rule 3-12, filed on December 6, 2013.

Upon consideration of the foregoing motion, the papers submitted in support, and good cause appearing, the Court hereby GRANTS the motion.

IT IS SO ORDERED that *Kar v. Adobe Systems, Inc., et al.* ("*Kar*"), No. 13-cv-05596-PSG, , and *Heimlich, et. al v. Adobe Systems, Inc.*, ("*Heimlich*"), No. 13-cv-05611, is related to *Halpain v. Adobe Systems, Inc.*, ("*Halpain*"), No. 13-cv-05226-LHK, and is assigned to the undersigned Judge.

DATED: 12/18/2013

*Lucy H. Koh*

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 5:13-cv-05226-LHK