UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE ADOBE SYSTEMS, INC. PRIVACY LITIGATION

Case No.: 13-CV-05226-LHK

CASE MANAGEMENT ORDER

Plaintiffs' Attorney: Eric Gibbs
Defendant's Attorneys: Kenneth Chernof; Tracy Lane

A case management conference was held on March 13, 2014. A further case management conference is set for August 21, 2014, at 1:30 p.m.

For the reasons stated on the record including the safeguards to which Plaintiffs' counsel agreed to ensure the most efficient representation of the putative class, the Court GRANTED the Motion for Consolidation and for Appointment of Interim Lead Counsel. *See* ECF No. 27.

The Court referred the parties to private mediation with a deadline of December 15, 2014.

The Court ordered the parties to exchange initial disclosures by March 27, 2014. The Court STAYED all other discovery until the hearing on the Motion to Dismiss (August 21, 2014).

The Court set the following case schedule:

DEADLINE TO FILE CONSOLIDATED COMPLAINT: April 4, 2014

MOTION TO DISMISS BRIEFING SCHEDULE:
    Motion: May 21, 2014
    Opposition: June 11, 2014
    Reply: July 2, 2014
    Hearing: August 21, 2014, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: March 13, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-05226-LHK
CASE MANAGEMENT ORDER