UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 8-4th FLOOR

# CIVIL MINUTES

**Court Proceedings:** Motion Hearing, Thursday, March 13, 2014
**Case Numbers:** 13-cv-05226-LHK
13-cv-05596-LHK
13-cv-05611-LHK
13-cv-05930-LHK
14-cv-00014-LHK
14-cv-00030-LHK
14-cv-00157-LHK

**Courtroom Deputy Clerk:** Martha Parker Brown           Time in Court: 55 min.
**Court Reporter:** Lee-Anne Shortridge

**TITLE:**   Halpain v. Adobe Systems, Inc. and related cases

**Attorneys Present:**   Eric H. Gibbs for all Plaintiffs
Kenneth L. Chernoff and Tracy Tosh Lane for Defendants

PROCEEDINGS:

Motion to Consolidate Cases and Case Management Conference are held. The Court will issue a written order.
Court is adjourned.