UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ADOBE SYSTEMS, INC. PRIVACY LITIGATION | Case No.: 13-CV-05226-LHK<br><br>PROPOSED CASE MANAGEMENT ORDER |

The Court proposes the following Case Management Order. The parties shall file any objections to the proposed Case Management Order by September 9, 2014 at noon. If the parties file no objections, the Court will vacate the September 10, 2014 case management conference.

The stay of discovery is lifted. Discovery in this case shall proceed. There will be no bifurcation of discovery.

Catherine Hosino and Alan Heimlich are still listed as plaintiffs in this action, despite the fact that the Amended Consolidated Complaint does not state any claims on behalf of either individual. The Court ORDERS these plaintiffs to either withdraw from the case or clarify why they should remain as plaintiffs by September 15, 2014.

The Court set the following case schedule:

ANSWER DUE: October 1, 2014

CLASS CERTIFICATION:
    Motion:     January 29, 2015
    Opposition:  March 12, 2015
    Reply:      April 2, 2015
    Hearing:    April 30, 2015, at 1:30 p.m.

FACT DISCOVERY CUTOFF is September 21, 2015.

**IT IS SO ORDERED.**

Dated: September 8, 2014

_____
LUCY H. KOH
United States District Judge