UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE ADOBE SYSTEMS, INC. PRIVACY LITIGATION | Case No.: 13-CV-05226-LHK <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court hereby CONTINUES the case management conference set for December 17, 2014, at 2:00 p.m. to April 30, 2015, at 1:30 p.m.  The parties shall file a joint settlement status report no later than January 20, 2015.

**IT IS SO ORDERED.**

Dated: December 15, 2014

_/s/ Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 13-CV-05226-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE