**GIRARD GIBBS LLP**
ERIC H. GIBBS (SBN 178658)
MATTHEW B. GEORGE (SBN 239322)
601 California Street, 14th Floor
San Francisco, CA  94108
Telephone:  415.981.4800
Facsimile:  415-981-4846
Email:  ehg@girardgibbs.com
Email:  mbg@girardgibbs.com

*Plaintiffs' Interim Lead Counsel*


**ARNOLD & PORTER LLP**
KENNETH L. CHERNOF (SBN 156187)
RONALD D. LEE (SBN 156025)
ALLYSON HIMELFARB (*pro hac vice*)
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  (202.942.5000)
Facsimile:  (202.942.5999)
E-Mail: ken.chernof@aporter.com
E-Mail: ronald.lee@aporter.com

TRACY T. LANE (SBN 184666)
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111
Telephone:  415.471.3100
Facsimile:  415.471.3400
E-Mail: tracy.lane@aporter,com

*Attorneys for Defendant Adobe Systems Incorporated*


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Adobe Systems Inc. Privacy Litigation* | Lead Case No.: 5:13-CV-05226-LHK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER ADJUSTING CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>[Civil Local Rule 6-1(a)] |

69587474v1

STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING CLASS CERTIFICATION
BRIEFING SCHEDULE
CASE NO.: 5:13-CV-05226-LHK

Plaintiffs and Defendant Adobe Systems Incorporated hereby stipulate and agree as follows:

WHEREAS, the parties participated in productive mediation before the Honorable Edward A. Infante (Ret.) on December 3, 2014 and January 13, 2015;

WHEREAS, the Parties remain engaged in an active and ongoing process with Judge Infante to determine whether a settlement can be reached and they expect that process to conclude this week;

WHEREAS, the Parties will report to the Court if an agreement to basic settlement terms has been reached;

WHEREAS, Plaintiffs' motion for class certification is currently due January 29, 2015, with Defendant's opposition due March 12, 2015, Plaintiffs' reply due April 2, 2015, and a hearing on the motion scheduled for April 30, 2015, at 1:30 p.m. (*see* 9/9/14 Case Management Order [ECF No. 58]);

WHEREAS, the parties agree that briefing the motion for class certification will require an increasing amount of expenditures on expert witnesses (along with an increasing amount of attorney time);

WHEREAS, both parties would like Plaintiffs to defer (and hopefully avoid) the substantial costs involved in finalizing a class certification motion that may not be necessary, and respectfully request that the Court allow them to internally adjust their class certification briefing schedule by two weeks;

WHEREAS, the parties' proposal does not alter the hearing date or the deadline for Plaintiffs' reply brief;

WHEREAS, the parties previously requested the court continue the hearing date on the class certification motion and extend the class certification briefing schedule by four weeks, but the court's schedule was too full to accommodate a later hearing date;

NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1(a) and subject to the Court's approval, that the class certification briefing schedule may be adjusted as follows:

Plaintiffs' motion for class certification:  February 12, 2015

Opposition to Plaintiffs' motion for class certification:  March 19, 2015

Reply in support of Plaintiffs' motion for class certification:  April 2, 2015 (as per current schedule)

Hearing:  April 30, 2015 (as per current schedule).

Dated:  January 20, 2015         **GIRARD GIBBS LLP**

By:  /s/ Eric H. Gibbs
Eric H. Gibbs (SBN 178658)
Matthew B. George (SBN 239322)
*Plaintiffs' Interim Lead Counsel*

Dated:  January 20, 2015         **ARNOLD & PORTER LLP**

By:  /s/ Kenneth L. Chernof
Kenneth L. Chernof (SBN 156187)
Ronald D. Lee (SBN 156025)
Tracy T. Lane (SBN 184666)
Allyson Himelfarb (*pro hac vice*)
*Attorneys for Defendant*
*Adobe Systems Incorporated*

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATED REQUEST, IT IS SO ORDERED.**

Dated: January 21, 2015

*/s/ Lucy H. Koh*
Hon. Lucy H. Koh
United States District Court Judge

- 3 -
STIPULATION AND PROPOSED ORDER EXTENDING CLASS CERTIFICATION
BRIEFING SCHEDULE
CASE NO.: 5:13-CV-05226-LHK