Eric H. Gibbs (SBN 178658)
ehg@girardgibbs.com
Matthew B. George (SBN 239322)
mbg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Plaintiffs' Interim Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Adobe Systems Inc. Privacy Litigation* | Lead Case No. 5:13-cv-05226-LHK <br><br> [Consolidated with Case Nos. 13-cv-05596-LHK, 13-cv-05611-LHK, 13-cv-05930-LHK, 14-cv-00014-LHK, 14-cv-00030-LHK, and 14-cv-00157-LHK] <br><br> **MOTION TO WITHDRAW AS COUNSEL** |

MOTION TO WITHDRAW AS COUNSEL FOR MATTHEW B. GEORGE
LEAD CASE NO. 5:13-cv-05226-LHK

1  Please take notice that Matthew B. George hereby requests leave to withdraw as counsel of
2  record for all plaintiffs in the above-captioned action and to be removed from the docket as counsel of
3  record.  Eric H. Gibbs of Girard Gibbs LLP will continue to appear on behalf of Plaintiffs and no delay
4  in the progress of this action will result from my withdrawal.

6  Dated: February 6, 2015

**GIRARD GIBBS LLP**

  */s/ Matthew B. George*
Matthew B. George (SBN 239322)
601 California Street, 14th Floor
San Francisco, CA  94104
Telephone:  (415) 981-4800
Facsimile: (415) 981-4846
*mbg@girardgibbs.com*

*Co-Lead Interim Class Counsel*

1
MOTION TO WITHDRAW AS COUNSEL FOR MATTHEW B. GEORGE
LEAD CASE NO. 5:13-cv-05226-LHK