UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ADOBE SYSTEMS, INC. PRIVACY LITIGATION | Case No. 13-CV-05226-LHK<br><br>**ORDER TO FILE SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |

On February 11, 2015, the parties filed a Joint Settlement Status Report indicating that they had signed a Memorandum of Understanding which, if the parties' settlement were approved by the Court, would result in the dismissal of all claims. ECF No. 75. Based on the parties' stipulation that Plaintiffs would file their motion for preliminary approval by April 30, 2015, the Court terminated the pending class certification deadlines. ECF No. 77. Nearly four months and three extension requests later, Plaintiffs still have not filed their motion for preliminary approval.

As a result, the Court hereby ORDERS the parties to file a supplemental joint case management statement by June 8, 2015, at 5:00 p.m. That statement should contain a briefing schedule on class certification, as well as a proposed case schedule through trial. The Court hereby sets a hearing on class certification for August 13, 2015, at 1:30 p.m., with Plaintiffs' reply brief due no later than August 6, 2015. The fact discovery cutoff of September 21, 2015, remains as set. *See* ECF No. 59.

**IT IS SO ORDERED.**

Dated: June 4, 2015

_____
LUCY H. KOH
United States District Judge