**ARNOLD & PORTER LLP**
KENNETH L. CHERNOF (SBN 156187)
RONALD D. LEE (SBN 156025)
ALLYSON HIMELFARB (*pro hac vice*)
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202.942.5000)
Facsimile: (202.942.5999)
E-Mail: ken.chernof@aporter.com
E-Mail: ronald.lee@aporter.com
E-Mail: allyson.himelfarb@aporter.com

ZACHARY B. ALLEN (SBN 260694)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: 415.471.3100
Facsimile: 415.471.3400
E-Mail: zachary.allen@aporter.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| *In re Adobe Systems Inc. Privacy Litigation* | Lead Case No.: 5:13-CV-05226-LHK |
|---|---|
| | **MOTION TO WITHDRAW AS COUNSEL** |

MOTION TO WITHDRAW TRACY LANE AS COUNSEL; CASE NO.: 5:13-CV-05226-LHK

Defendant Adobe Systems Incorporated hereby moves this Court for entry of an Order withdrawing the appearance of Tracy Tosh Lane as its attorney of record. Attorney Tracy Lane is no longer associated with Arnold & Porter LLP and no longer represents Adobe in this case. Ms. Lane's withdrawal will not cause delay or disruption, as Adobe will continue to be represented by Kenneth L. Chernof, Ronald D. Lee, and Allyson Himelfarb of Arnold & Porter LLP.

Dated:  June 5, 2015                                            ARNOLD & PORTER LLP


By:   /s/ Kenneth L. Chernof
      Kenneth L. Chernof (SBN 156187)
      Ronald D. Lee (SBN 156025)
      Allyson Himelfarb (*pro hac vice*)
      *Attorneys for Defendant*
      *Adobe Systems Incorporated*

- 1 -
MOTION TO WITHDRAW TRACY LANE AS COUNSEL; CASE NO. 5:13-CV-05226-LHK