**ARNOLD & PORTER LLP**
KENNETH L. CHERNOF (SBN 156187)
RONALD D. LEE (SBN 156025)
ALLYSON HIMELFARB (*pro hac vice*)
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  (202.942.5000)
Facsimile:  (202.942.5999)
E-Mail: ken.chernof@aporter.com
E-Mail: ronald.lee@aporter.com
E-Mail: allyson.himelfarb@aporter.com

ZACHARY B. ALLEN (SBN 260694)
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111
Telephone: 415.471.3100
Facsimile: 415.471.3400
E-Mail: zachary.allen@aporter.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Adobe Systems Inc. Privacy Litigation* | Lead Case No.: 5:13-CV-05226-LHK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

1  The Court hereby GRANTS leave for Tracy Tosh Lane to withdraw as counsel of record for
2  Adobe in the above-captioned litigation.  Tracy Tosh Lane shall be removed from the docket as
3  counsel of record.
4
5        IT IS SO ORDERED.
6
7  Date: _____          _____
                                     LUCY H. KOH
8                                    United States District Judge

- 1 -
[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
CASE NO. 5:13-cv-05226-LHK