UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE ADOBE SYSTEMS, INC. PRIVACY LITIGATION

Case No. 13-CV-05226-LHK

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE, VACATING CLASS CERTIFICATION HEARING, AND SETTING HEARING ON MOTION FOR APPROVAL OF VOLUNTARY DISMISSAL OF CLASS CLAIMS PURSUANT TO SETTLEMENT**

In light of Plaintiffs' unopposed motion for approval of voluntary dismissal of putative class claims pursuant to settlement, ECF No. 87, the Court hereby CONTINUES the case management conference scheduled for June 10, 2015, at 2:00 p.m. to August 13, 2015, at 1:30 p.m. The Court also VACATES the hearing on class certification set for August 13, 2015, at 1:30 p.m. The hearing on Plaintiffs' unopposed motion for approval of voluntary dismissal of putative class claims pursuant to settlement will take place on August 13, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 9, 2015

_____
LUCY H. KOH
United States District Judge