UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE ADOBE SYSTEMS, INC. PRIVACY LITIGATION

Case No. 13-CV-05226-LHK

**ORDER TO FILE MOTION FOR ATTORNEY'S FEES**

The Court has reviewed Plaintiffs' submissions, including the Gibbs Declaration, ECF No. 86-5, and concludes that they provide an insufficient basis for the Court to approve Plaintiffs' award of $1.18 million in attorney's fees pursuant to the terms of the settlement. Accordingly, the Court hereby ORDERS Plaintiffs to file a motion for attorney's fees containing, at a minimum, (1) contemporaneous billing records, including a breakdown of hours spent on specific tasks by each attorney in this matter; (2) each attorney's, paralegal's, and staff member's billing rates; and (3) justifications for those billing rates. Plaintiffs' motion shall be filed no later than June 24, 2015.

**IT IS SO ORDERED.**

Dated: June 10, 2015

_____
LUCY H. KOH
United States District Judge