UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ADOBE SYSTEMS, INC. PRIVACY LITIGATION | Case No. 13-CV-05226-LHK<br><br>**ORDER TO FILE PROPOSED ORDER** |

On June 10, 2015, the Court ordered Plaintiffs to file a motion for attorney's fees in connection with their motion for approval of voluntary dismissal of putative class claims pursuant to settlement. ECF No. 90. Plaintiffs filed their motion for attorney's fees on June 24, 2015. ECF No. 97. Plaintiffs, however, did not file a proposed order with their attorney's fees motion.

Pursuant to Civil Local Rule 7-2(c), the Court hereby ORDERS Plaintiffs to file a proposed order granting Plaintiffs' motion for attorney's fees. The proposed order shall be filed no later than Tuesday, August 11, 2015.

**IT IS SO ORDERED.**

Dated: August 7, 2015

_____
LUCY H. KOH
United States District Judge