UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| | Case No. 13-CV-05226-LHK |
| IN RE ADOBE SYSTEMS, INC. PRIVACY LITIGATION | **ORDER VACATING MOTION HEARING AND CASE MANAGEMENT CONFERENCE, AND TO FILE STIPULATION AMENDING SETTLEMENT AGREEMENT** |

Before the Court are Plaintiffs' motion for voluntary dismissal of putative class claims pursuant to settlement, *see* ECF No. 87, as well as Plaintiffs' attendant administrative motion to seal, *see* ECF No. 86, and motion for approval of attorney's fees, *see* ECF No. 97. The Court finds these matters suitable for decision without oral argument under Civil Local Rule 7-1(b) and hereby VACATES the motion hearing and case management conference set for August 13, 2015, at 1:30 p.m.

Having reviewed the parties' Settlement Agreement, the Court noticed a small error. The introductory paragraph to Part III.A of the Settlement Agreement says: "This Agreement shall be conditioned upon and shall be effective only upon the occurrence of all of the following events." ECF No. 87-2 at 13. One of those "events," Part III.A.1 then states, is that "Lead Plaintiffs' Counsel shall move the Court on or before <u>May 28, 2015</u> for an Order Granting Approval of the Voluntary Dismissal of Putative Class Claims, and such motion is granted by the Court." *Id.*

(emphasis added).  The problem is that even though Plaintiffs' counsel anticipated filing the motion for approval of voluntary dismissal of putative class claims pursuant to settlement by May 28, 2015, *see* ECF No. 79, Plaintiffs did not file their motion until June 9, 2015, *see* ECF No. 87.

Accordingly, the Court hereby ORDERS the parties to file a stipulation amending Part III.A.1 of the Settlement Agreement to substitute "June 9, 2015" for "May 28, 2015."  The parties shall file their stipulation no later than August 13, 2015.

**IT IS SO ORDERED.**


Dated: August 12, 2015

_____
LUCY H. KOH
United States District Judge