**GIRARD GIBBS LLP**
ERIC H. GIBBS (SBN 178658)
DAVID M. BERGER (SBN 277526)
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: 415.981.4800
Facsimile: 415-981-4846
Email: ehg@girardgibbs.com
Email: dmb@girardgibbs.com

*Plaintiffs' Interim Lead Counsel*


**ARNOLD & PORTER LLP**
KENNETH L. CHERNOF (SBN 156187)
RONALD D. LEE (SBN 156025)
ALLYSON HIMELFARB (*pro hac vice*)
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202.942.5000)
Facsimile: (202.942.5999)
E-Mail: ken.chernof@aporter.com
E-Mail: ronald.lee@aporter.com
E-Mail: allyson.himelfarb@aporter.com

*Attorneys for Defendant Adobe Systems Incorporated*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Adobe Systems Inc. Privacy Litigation* | Lead Case No.: 5:13-CV-05226-LHK |
| | **STIPULATION AMENDING SETTLEMENT AGREEMENT** |
| | The Honorable Lucy H. Koh |

Plaintiffs Christina Moseid, Joseph Kar, Anne McGlynn, Christian Duke, Jacob McHenry, and Marcel Page ("Plaintiffs") and Defendant Adobe Systems Incorporated ("Adobe" or "Defendant") (collectively, "Parties") hereby stipulate as follows:

WHEREAS, on June 9, 2015, the Parties filed a fully executed Settlement Agreement, *see* ECF No. 87-2;

WHEREAS, the introductory paragraph to Part III.A of the Settlement Agreement said: "This Agreement shall be conditioned upon and shall be effective only upon the occurrence of all of the following events," including that "Lead Plaintiffs' Counsel shall move the Court on or before May 28, 2015 for an Order Granting Approval of the Voluntary Dismissal of Putative Class Claims, and such motion is granted by the Court."

WHEREAS, the Settlement Agreement was not fully executed until June 8, 2015, such that Plaintiffs could not file their Motion for Voluntary Dismissal of Putative Class Claims Pursuant to Settlement until June 9, 2015;

WHEREAS, the Parties inadvertently overlooked the need to amend the May 28, 2015 filing deadline in Part III.A.1 of the executed Settlement Agreement;

WHEREAS, in an August 12, 2015 Order, the Court pointed out the error and Ordered the Parties to "file a stipulation amending Part III.A.1 of the Settlement Agreement to substitute 'June 9, 2015' for 'May 28, 2015.'" *See* Order, ECF No. 102.

NOW, THEREFORE, IT IS HEREBY STIPULATED, that Part III.A.1 of the Settlement Agreement filed on June 9, 2015, *see* ECF No. 87-2 at 13, shall be amended as follows: "Lead Plaintiffs' Counsel shall move the Court on or before June 9, 2015 for an Order Granting Approval of the Voluntary Dismissal of Putative Class Claims, and such motion is granted by the Court."

Dated: August 12, 2015                    GIRARD GIBBS LLP

                                          By: /s/ Eric H. Gibbs
                                              Eric H. Gibbs (SBN 178658)
                                              David M. Berger (SBN 277526)
                                              *Interim Lead Class Counsel*

Dated: August 12, 2015                    ARNOLD & PORTER LLP

                                          By: /s/ Kenneth L. Chernof
                                              Kenneth L. Chernof (SBN 156187)
                                              Ronald D. Lee (SBN 156025)
                                              Allyson Himelfarb (*pro hac vice*)
                                              *Attorneys for Defendant*
                                              *Adobe Systems Incorporated*

# NOTICE OF ATTESTATION

I, Eric H. Gibbs, am the ECF User whose ID and password are being used to file this STIPULATION AMENDING SETTLEMENT AGREEMENT. In compliance with General Order 45, X.B., I hereby attest that Defendant's counsel Kenneth L. Chernof has concurred in this filing.

Dated: August 12, 2015 GIRARD GIBBS LLP

By: /s/ Eric H. Gibbs
Eric H. Gibbs (SBN 178658)
David M. Berger (SBN 277526)
*Interim Lead Class Counsel*