1  Eric H. Gibbs (SBN 178658)
2  Dylan Hughes (SBN 209113)
   David M. Berger (SBN 277526)
3  **GIRARD GIBBS LLP**
   601 California Street, 14th Floor
4  San Francisco, California 94108
   Telephone: (415) 981-4800
5  Facsimile: (415) 981-4846
6  Email:  ehg@girardgibbs.com

7  *Plaintiffs' Interim Lead Class Counsel*

8  [Additional Plaintiffs' Counsel Listed on Signature Page]

9

10                    **UNITED STATES DISTRICT COURT**
11                    **NORTHERN DISTRICT OF CALIFORNIA**
                              **SAN JOSE DIVISION**
12

| *In re Adobe Systems Inc. Privacy Litigation* | Lead Case No. 5:13-cv-05226-LHK |
|---|---|
| | [Consolidated with Case Nos. 13-cv-05596-LHK, 13-cv-05611-LHK, 13-cv-05930-LHK, 14-cv-00014-LHK, 14-cv-00030-LHK, and 14-cv-00157-LHK] |
| | **[PROPOSED]** **ORDER DISMISSING PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

This matter comes before the Court on Plaintiffs' Motion for Approval of Voluntary Dismissal of Putative Class Claims Pursuant to Settlement. Having reviewed the arguments and evidence submitted in support of the motion, including the individual settlement entered into by the parties, and having assessed the potential prejudice to putative class members, the Court hereby GRANTS Plaintiffs' motion.

The putative class claims asserted in Plaintiffs' Consolidated Class Action Complaint [Doc. 39] are hereby DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

DATED: __August 13, 2015__          _____*Lucy H. Koh*_____
                                     LUCY H. KOH
                                     United States District Judge