1  Eric H. Gibbs (SBN 178658)
2  Dylan Hughes (SBN 209113)
   David M. Berger (SBN 277526)
3  **GIRARD GIBBS LLP**
   601 California Street, 14th Floor
4  San Francisco, California 94108
   Telephone: (415) 981-4800
5  Facsimile: (415) 981-4846
6  Email: ehg@girardgibbs.com

7  *Plaintiffs' Interim Lead Class Counsel*

8  [Additional Plaintiffs' Counsel Listed on Signature Page]

9

10                    **UNITED STATES DISTRICT COURT**
11                    **NORTHERN DISTRICT OF CALIFORNIA**
12                              **SAN JOSE DIVISION**

13 | *In re Adobe Systems Inc. Privacy Litigation* | Lead Case No. 5:13-cv-05226-LHK |
   | --- | --- |
14 |  | [Consolidated with Case Nos. 13-cv-05596-LHK, 13-cv-05611-LHK, 13-cv-05930-LHK, 14-cv-00014-LHK, 14-cv-00030-LHK, and 14-cv-00157-LHK] |
15 |  |  |
16 |  |  |
17 |  | **[PROPOSED]** ORDER DISMISSING PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE |
18 |  |  |
19 |  |  |

1  This matter comes before the Court on Plaintiffs' Motion for Approval of Voluntary Dismissal
2  of Putative Class Claims Pursuant to Settlement.  Having reviewed the arguments and evidence
3  submitted in support of the motion, including the individual settlement entered into by the parties, and
4  having assessed the potential prejudice to putative class members, the Court hereby GRANTS
5  Plaintiffs' motion.
6  The putative class claims asserted in Plaintiffs' Consolidated Class Action Complaint [Doc. 39]
7  are hereby DISMISSED WITHOUT PREJUDICE.
8  **IT IS SO ORDERED.**

DATED: __August 13, 2015__      _____
LUCY H. KOH
United States District Judge

---

1

[PROPOSED] ORDER DISMISSING PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE
CASE NO. 5:13-cv-05226-LHK