1  **GIRARD GIBBS LLP**
   ERIC H. GIBBS (SBN 178658)
2  DAVID M. BERGER (SBN 277526)
   601 California Street, 14th Floor
3  San Francisco, CA  94108
   Telephone:  415.981.4800
4  Facsimile:  415-981-4846
   Email:  ehg@girardgibbs.com
5  Email:  dmb@girardgibbs.com

6  *Plaintiffs' Interim Lead Counsel*

7  **ARNOLD & PORTER LLP**
   KENNETH L. CHERNOF (SBN 156187)
8  RONALD D. LEE (SBN 156025)
   ALLYSON HIMELFARB (*pro hac vice*)
9  555 Twelfth Street, NW
   Washington, DC 20004-1206
10 Telephone: (202.942.5000)
   Facsimile: (202.942.5999)
11 E-Mail: ken.chernof@aporter.com
   E-Mail: ronald.lee@aporter.com
12 E-Mail: allyson.himelfarb@aporter.com

13 *Attorneys for Defendant Adobe Systems Incorporated*

(Court seal: IT IS SO ORDERED / Judge Lucy H. Koh / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| *In re Adobe Systems Inc. Privacy Litigation* | Lead Case No.: 5:13-CV-05226-LHK |
|---|---|
| | **STIPULATION OF VOLUNTARY DISMISSAL** |
| | The Honorable Lucy H. Koh |

1    Plaintiffs Christina Moseid, Joseph Kar, Anne McGlynn, Christian Duke, Jacob
2 McHenry, and Marcel Page ("Named Plaintiffs") and Defendant Adobe Systems Incorporated
3 ("Adobe" or "Defendant") (collectively, "Parties") hereby stipulate as follows:
4    WHEREAS, the Parties have agreed to privately settle their dispute pursuant to the terms of
5 a Settlement Agreement, *see* Settlement Agreement, ECF No. 87-2;
6    WHEREAS, the Settlement Agreement is conditioned on, among other things, (1) Plaintiffs'
7 filing a motion for an Order Granting Approval of the Voluntary Dismissal of Putative Class Claims
8 and the Court granting the motion, and (2) the Parties executing and filing a Stipulation of
9 Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), *see id.* Part III.;
10   WHEREAS, on June 9, 2015, Plaintiffs filed a Motion for Approval of Voluntary Dismissal
11 of Putative Class Claims Pursuant to Settlement, *see* ECF No. 87;
12   WHEREAS, on August 13, 2015, the Court granted Plaintiffs' Motion for Approval of
13 Voluntary Dismissal of Putative Class Claims Pursuant to Settlement, *see* ECF No.105;
14   NOW, THEREFORE, IT IS HEREBY STIPULATED, that pursuant to Federal Rule of
15 Civil Procedure 41(a)(1)(A)(ii), the Named Plaintiffs' claims are voluntarily dismissed with
16 prejudice, pursuant to the terms of the Settlement Agreement.
17   The Clerk shall close the following case files:
        13-CV-05226-LHK;
        13-CV-05596-LHK;
        13-CV-05611-LHK;
        13-CV-05930-LHK;
        14-CV-00014-LHK;
        14-CV-00030-LHK; and
        14-CV-00157-LHK.

STIPULATION OF VOLUNTARY DISMISSAL
CASE NO.: 5:13-CV-05226-LHK

| | | |
|---|---|---|
| Dated: August 14, 2015 | | GIRARD GIBBS LLP |
| | By: | /s/ Eric H. Gibbs |
| | | Eric H. Gibbs (SBN 178658) |
| | | David M. Berger (SBN 277526) |
| | | *Interim Lead Class Counsel* |
| Dated: August 14, 2015 | | ARNOLD & PORTER LLP |
| | By: | /s/ Kenneth L. Chernof |
| | | Kenneth L. Chernof (SBN 156187) |
| | | Ronald D. Lee (SBN 156025) |
| | | Allyson Himelfarb (*pro hac vice*) |
| | | *Attorneys for Defendant* |
| | | *Adobe Systems Incorporated* |

- 2 -

STIPULATION OF VOLUNTARY DISMISSAL
CASE NO.: 5:13-CV-05226-LHK